UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | CASE NO.: 3:12CR239 |
|---|---|---|
| | ) | |
| V. | ) | ORDER TO SEAL |
| | ) | INDICTMENT |
| RAMIN AMINI, et al. | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through David A. Brown, Attorney for the United States, Western District of North Carolina, it is hereby ORDERED, ADJUDGED and DECREED that the above referenced Bill of Indictment, Warrants and Motion to Seal the Bill of Indictment be sealed until the defendants have been arrested.

The Clerk is directed to certify copies of this Order to this United States Attorney's Office.

This the 26 day of July, 2012.

DAVID ~~C. KEESLER~~ S. CAYER
UNITED STATES MAGISTRATE JUDGE